UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DENHAM,<br><br>        Plaintiff. | Case No. 15-cv-00502-KAW (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On February 3, 2015, Plaintiff, an inmate at the Substance Abuse Treatment Facility - California State Prison, sent a letter to the Oakland Courthouse alleging a risk of imminent danger at his prison. On the same day, the Clerk of the Court opened a case file and sent Plaintiff a notice that he must submit a complaint within twenty-eight days or his action would be dismissed. The Clerk also sent Plaintiff a notice that he must pay the filing fee or submit a completed and signed Court-approved *in forma pauperis* application within twenty-eight days or the action would be dismissed.

On February 23, 2015, Plaintiff submitted a letter stating that he did not intend to file a complaint and requested that the case be withdrawn. Dkt. No. 5.

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED**.

Dated: April 6, 2015

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge